# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 13, 2011

141439-40(144)

PATRICK McCARTHY,
        Plaintiff-Appellant,
v

EDWARD SOSNICK, WENDY L. POTTS,
KEVIN M. OEFFNER, RICHARD M. LYNCH,
JEANNE STEMPIEN, KATHLEEN J.
McCANN, THOMAS J. RYAN, BARRY M.
GRANT, MICHAEL J. TALBOT, DIANE M.
GARRISON, NANCY J. DIEHL, RONALD F.
ROSE, NANCY J. GRANT, GOVERNOR OF
MICHIGAN, ATTORNEY GENERAL,
OAKLAND COUNTY CIRCUIT COURT,
and JUDICIAL TENURE COMMISSION,
        Defendants-Appellees.
_____/

Robert P. Young, Jr.,
*Chief Justice*

Michael F. Cavanagh
Marilyn Kelly
Maura D. Corrigan
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly,
*Justices*

SC: 141439-40
COA: 293482; 293483
Oakland CC: 2008-089426-NO;
        2008-094425-NO

On order of the Court, the motion for full-Court consideration of the motion for disqualification of the entire bench is considered, and it is GRANTED. Upon full-Court consideration of the plaintiff's motion, we DENY the plaintiff's motion to disqualify the entire bench for the reason that no justice is persuaded that there is any ground for disqualification of any other justice. The motion for oral argument regarding disqualification is DENIED.

YOUNG, C.J. I do not participate in the order or the Court's decision-making under the new rule for the reasons stated in my November 25, 2009 dissent from the rule's promulgation.[1]

CORRIGAN, J. I do not participate in deciding the motion for full-Court review under the new version of MCR 2.003 for the reasons stated in my November 25, 2009 dissent from the rule's promulgation.[2]

---

[1] See 485 Mich civ, cxxxii (2009) (YOUNG, J., dissenting).

[2] See 485 Mich civ, cxx (2009) (CORRIGAN, J., dissenting).

MARY BETH KELLY, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2011

_____
Clerk

d0112